# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOPSCOTCH ADOPTIONS, INC., and ROBIN SIZEMORE,<br><br>  Plaintiffs,<br><br>  v.<br><br>VANESSA KACHUDURIAN,<br><br>  Defendant. | 1:09-cv-02101 LJO GSA<br><br>**ORDER DIRECTING CLERK TO FILE DOCUMENTS UNDER SEAL**<br><br>**ORDER CONTINUING HEARING DATE** |

On August 17, 2010, this Court issued an order requiring Defendant Vanessa Kachudurian to file supplemental points and authorities in support of her motion to set aside default. Defendant was ordered to file the documents no later than September 3, 2010. (Doc. 50 at 4.)

On September 3, 2010, Defendant presented documents to the Clerk of the Court for filing. However, the exhibits to Defendant's supplemental pleading contained personal identifying information that the Court believes should be protected from public disclosure, including, for example, a photocopy of Defendant's California driver's license.

1

1  Accordingly, the Clerk of the Court is DIRECTED to file Defendant's supplemental
2  pleading, received September 3, 2010, UNDER SEAL and designated for ATTORNEY'S EYES
3  ONLY.
4  Moreover, the hearing on Defendant's motion to set aside the default and Plaintiffs'
5  motion for default judgment is HEREBY continued from September 17, 2010, to **Friday,**
6  **October 8, 2010, at 9:30 a.m. in Courtroom 10**.  Plaintiffs shall now have to and including
7  September 24, 2010, within which to file any opposition to Defendant's motion.  Thereafter,
8  Defendant shall have to and including October 1, 2010, within which to file a reply to Plaintiffs'
9  opposition, if any.

IT IS SO ORDERED.

Dated:   **September 8, 2010**             /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

2