BENNET G. KELLEY (SBN 177001)
Internet Law Center
100 Wilshire Blvd, Suite 950
Santa Monica, CA 90401
Telephone: (310) 452-0401
Facsimile (702) 924-8740
bkelley@internetlawcenter.net

CHRISTOPHER E. SEYMOUR  126330
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm, Suite 221
Post Office Box 9489
Fresno, California  93792-9489
Telephone:  (559) 435-5500

Attorneys for HOPSCOTCH ADOPTION INC.
And ROBIN SIZEMORE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| HOPSCOTCH ADOPTIONS, INC. and ROBIN SIZEMORE,<br><br>    Plaintiff,<br><br>vs.<br><br>VANESSA KACHADURIAN,<br><br>    Defendant. | Case No. F09-2101-LJO-GSA<br><br>**ORDER TO MODIFY ORDER SEALING DOCUMENTS FILED BY DEFENDANT VANESSA KACHADURIAN** |

Upon Ex Parte Application of Plaintiffs, and good cause appearing therefore,

IT IS ORDERED:

1. Counsel for Plaintiffs shall be allowed to provide to Plaintiffs copies of documents filed by Defendant VANESSA KACHADURIAN under seal pursuant to this Court's Order of September 8, 2010.  The documents and information

---

1

[PROPOSED] ORDER TO MODIFY ORDER SEALING DOCUMENTS FILED BY DEFENDANT VANESSA KACHADURIAN

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE  221
P. O. BOX 9489
FRESNO, CA  93792-9489

contained therein shall not be disclosed to persons other than Plaintiffs' attorneys and their employees and officers and employees of Plaintiffs with whom it is reasonably necessary to consult for the purpose of reviewing and responding to the matters set forth in the documents filed under seal, or as necessary to conduct investigation and/or discovery as to the truth of factual allegations made therein.

2. Plaintiffs' opposition papers shall be filed under seal pursuant to United States District Court, Eastern District Local Rule 141.

3. The documents and information described herein shall not be disclosed or used for any other purpose without further order.

4.

IT IS SO ORDERED.

Dated: **September 10, 2010**        **/s/ Gary S. Austin**
                                     UNITED STATES MAGISTRATE JUDGE

LAW OFFICES
Kimble, MacMichael & Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA  93792-9489

2

[PROPOSED] ORDER TO MODIFY ORDER SEALING DOCUMENTS FILED BY DEFENDANT VANESSA KACHADURIAN