1
2
3
4
5
6
7          UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

9

10   HOPSCOTCH ADOPTIONS, et al.,          CASE NO.    1:09-cv-2101-LJO-MJS

11               Plaintiffs,               ORDER DENYING MOTION FOR DEFAULT
                                           JUDGMENT AS MOOT
12        v.
                                           (ECF Nos. 23 & 24)
13   VANESSA KACHADURIAN,

14               Defendant.

15

16   _____/

17
         Before the Court is Plaintiffs' Motion for Default Judgment.  (ECF Nos. 23 & 24.)
18
     On November 15, 2010, the Court set aside the entry of default as to Defendant Vanessa
19
     Kachadurian.  Accordingly, Plaintiffs' Motion for Default Judgment is moot and is hereby
20
21   DENIED.

22       IT IS SO ORDERED.

23
     Dated:    November 24, 2010          _____/s/ Lawrence J. O'Neill_____
24                                            UNITED STATES DISTRICT JUDGE
25
26
27