IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOPSCOTCH ADOPTIONS, INC., et al.,<br><br>           Plaintiffs,<br><br>     vs.<br><br>VANESSA KACHADURIAN,<br><br>           Defendant.<br>_____ / | CASE NO. CV F 09-2101 LJO MJS<br><br>**ORDER TO FILE AND SERVE OPPOSITION PAPERS**<br>(Doc. 89.) |

On January 11, 2011, pro se defendant Vanessa Kachadurian ("Ms. Kachadurian") filed a motion to strike plaintiffs' claims under California's Strategic Lawsuit Against Public Participation statute, California Code of Civil Procedure section 425.16. Ms. Kachadurian set no hearing and in turn no deadline for plaintiffs' opposition papers. As such, this Court ORDERS:

1. Plaintiffs, no later than February 7, 2011, to file and serve papers to respond to Ms. Kachadurian's motion to strike; and

2. Ms. Kachadurian to file and serve no reply or further papers for her motion to strike, unless this Court orders otherwise.

Pursuant to its practice, this Court will consider Ms. Kachadurian's motion to strike on the record without a hearing or oral argument, unless this Court orders otherwise.

IT IS SO ORDERED.

**Dated:   January 18, 2011**               /s/ Lawrence J. O'Neill

1

UNITED STATES DISTRICT JUDGE