# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOPSCOTCH ADOPTIONS, INC., ROBIN SIZEMORE, <br><br> Plaintiffs, <br><br> v. <br><br> VANESSA KACHADURIAN, <br><br> Defendant. | Case No. 1:09-CV-2101-LJO- MJS <br><br> ORDER DIRECTING DEFENDANT TO COMPLETE AND RETURN THE ENCLOSED CONSENT FORM WITHIN FIVE DAYS <br><br> CLERK TO SEND DEFENDANT CONSENT FORM |

At the Scheduling Conference in this case, the Court directed the parties to prepare a joint notice stating whether they consented to Magistrate Judge jurisdiction. On March 15, 2011, counsel for Plaintiffs filed such Notice. (ECF No. 109.) The Notice stated that all parties consented to Magistrate Judge jurisdiction for all purposes, including trial, and was signed by Plaintiff's counsel. (Id.)

Although a copy of the Notice was served upon Defendant Vanessa Kachadurian apparently, in part, to serve as confirmation of her consent, the Notice did not provide a space for her signature and does not contain her signature.

This case cannot be reassigned to the Magistrate Judge until the Court has a

1

document signed by all parties stating that they consent.  The Notice filed by Plaintiff's counsel is sufficient for purposes of Plaintiff's consent.  However, the Court needs a document signed by Ms. Kachadurian stating that she consents to Magistrate Judge jurisdiction.

Accordingly, the Clerk is DIRECTED to send a consent form to Defendant Vanessa Kachadurian along with a copy of this Order.  Ms. Kachadurian is ORDERED to complete and sign that form and return it to the Court within **five (5)** days of receipt.  Failure to comply with this Order could result sanctions.

IT IS SO ORDERED.

Dated:     March 16, 2011                    /s/ *Michael J. Seng*
ci4d6                                         UNITED STATES MAGISTRATE JUDGE

2