UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Hopscotch Adoptions et.al,<br>Plaintiff(s)<br><br>vs.<br><br>Vanessa Kachadurian.<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **NEW CASE NO.  1:09-cv-02101-MJS**<br><br>ORDER ASSIGNING CASE<br>RE: PRESIDING JUDGE<br><br>Old Case No.  1:09-cv-02101-LJO-MJS |

   IT IS HEREBY ORDERED that the above-entitled action be assigned to the docket of Judge MICHAEL J. SENG as Presiding Judge of the above entitled action.  Plaintiffs filed their consent on 3/15/2011 and Defendant filed her consent on 3/21/2011 under Title 28, U.S.C. Sec. 636(c)(1) to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment.  All documents shall bear the new **Case No. CV F 09-2101 MJS.**

   IT IS SO ORDERED.

**Dated:     March 23, 2011**                             /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE