MARTIN J. AMBACHER (State Bar No. 144596)
JOHN C. ADAMS (State Bar No. 230373)
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendant
Vanessa Kachadurian

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOPSCOTCH ADOPTIONS, INC., and ROBIN SIZEMORE,<br><br>Plaintiffs,<br><br>vs.<br><br>VANESSA KACHADURIAN,<br><br>Defendant. | Case No. CV F 09-2101 MJS<br><br>**ORDER COMPELLING PLAINTIFFS TO DISCLOSE WITNESS INFORMATION AS REQUIRED BY FED. R. CIV. P. 26(A)(1)(A)(i)**<br><br>Date:  6/30/11<br>Time:  3:00 p.m.<br>Dept:  6<br>Judge: Hon. Michael J. Seng<br>Trial Date:    5/1/2012<br>Action Filed:  12/2/2009 |

On June 30, 2011 at 3:00 p.m., the Honorable Michael J. Seng presided over a Discovery Dispute Conference in the above-entitled matter. John C. Adams, Esq. appeared for the party requesting the conference, defendant Vanessa Kachadurian. Bennet G. Kelley, Esq. appeared for plaintiffs Hopscotch Adoptions, Inc. and Robin Sizemore.

After full consideration of the parties' written and oral submissions, THE COURT FINDS AS FOLLOWS:

On March 14, 2011, this Court entered its Scheduling Order. (ECF No. 108.) The Scheduling Order required the parties to serve their initial disclosures under Fed. R. Civ. P. 26(a)(1)(A) by March 24, 2011.

Fed. R. Civ. P. 26(a)(1)(A)(i) requires parties to disclose the "name and, if known, the

address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment . . .".

On March 24, 2011, plaintiffs served their Initial Disclosures, but failed to properly identify 12 witnesses. Plaintiffs listed 12 adoptive parents or potential adoptive parents by initials only. Each of these adoptive parents or potential adoptive parents allegedly has information regarding defendant's alleged harassment of actual and potential Hopscotch clients. Since the names, addresses, and telephone numbers of these 12 witnesses were not provided, plaintiffs' initial disclosures did not satisfy the requirements of Fed. R. Civ. P. 26(a)(1)(A)(i). Defendant is entitled to this information under the Federal Rules of Civil Procedure so it can contact these witnesses. However, plaintiffs have not provided this information to date due to confidentiality concerns.

For good cause shown, THIS COURT HEREBY ORDERS plaintiffs to immediately disclose the names, and, if known, the addresses and telephone numbers of the 12 adoptive parents or potential adoptive parents previously identified by initials only.

Approved as to form:

INTERNET LAW CENTER

By: /s/ Bennet G. Kelley
Bennet G. Kelley, Esq.
Attorneys for Plaintiffs
Hopscotch Adoptions, Inc. and
Robin Sizemore

**ORDER**

IT IS SO ORDERED.

Dated:  July 11, 2011                /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

ORDER COMPELLING PLAINTIFFS TO DISCLOSE WITNESS INFORMATION AS REQUIRED BY FED. R. CIV. P. 26(A)(1)(A)(i)    2