UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hopscotch Adoptions, Inc. et.al., | CASE NO.   1:09-CV-2101-MJS |
| Plaintiff, | ORDER RE: DISPOSITIVE DOCUMENTS AFTER NOTICE OF SETTLEMENT |
| v. | DISPOSITIVE DOCUMENTS SHALL BE FILED WITHIN 45 DAYS. |
| Vanessa Kachadurian, | |
| Defendants. _____/ | |

On October 26, 2011, Plaintiff, Hopscotch Adoptions, et.al., notified the Court that the above - captioned matter settled on October 26, 2011.  In accordance with the provisions of Local Rule 160 (Fed R. Civ. P. 16), the Court orders that all dispositive documents be submitted no later than 45 days.

Failure to comply with this order may be grounds for the imposition of sanctions on any counsel or party who contributes to a violation of this order.

///

///

ALL COURT DATES HERETOFORE SET IN THIS MATTER ARE HEREBY VACATED.

IT IS SO ORDERED.

Dated: October 31, 2011         /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE