MARTIN J. AMBACHER (State Bar No. 144596)
JOHN C. ADAMS (State Bar No. 230373)
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendant
Vanessa Kachadurian

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOPSCOTCH ADOPTIONS, INC., and ROBIN SIZEMORE,<br><br>Plaintiffs,<br><br>vs.<br><br>VANESSA KACHADURIAN,<br><br>Defendant. | Case No. CV F 09-2101 MJS<br><br>**STIPULATION OF DISMISSAL; ORDER THEREON**<br><br>Action Filed: 12/2/2009<br>Trial Date:    5/1/2012 |

Defendant, hereby acknowledging receipt of a full release of all claims, and plaintiffs hereby acknowledging receipt of the settlement payment in the amount of $85,000, IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).  Each side to bear their own fees and costs.

Dated: November 9, 2011        DOWLING, AARON & KEELER, INC.

By:    /s/ Christopher E. Seymour
       Christopher E. Seymour
       Attorney for Plaintiffs

STIPULATION OF DISMISSAL; ORDER THEREON

Dated: November 10, 2011    MCNAMARA, NEY, BEATTY, SLATTERY,
                            BORGES & AMBACHER LLP

                            By:   /s/ Martin J. Ambacher
                                  Martin J. Ambacher/John C. Adams
                                  Attorneys for Defendant Vanessa Kachadurian


**ORDER**

**GOOD CAUSE APPEARING, it is so ordered.**


**November 15, 2011**          **/S/   Michael J. Seng**
                               **U.S. Magistrate Judge**

STIPULATION OF DISMISSAL; ORDER          2
THEREON

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

STIPULATION OF DISMISSAL; ORDER THEREON       3