BENNET G. KELLEY (SBN 177001)
Internet Law Center
100 Wilshire Blvd, Suite 950
Santa Monica, CA 90401
Telephone: (310) 452-0401
Facsimile (702) 924-8740
bkelley@internetlawcenter.net

Attorney for HOPSCOTCH ADOPTIONS, INC.
and ROBIN SIZEMORE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| HOPSCOTCH ADOPTIONS, INC. and ROBIN SIZEMORE<br><br>Plaintiffs<br><br>v.<br><br>VANESSA KACHADURIAN<br><br>Defendant. | Case No: F 09-2101 MJS<br><br>**STIPULATION AND ORDER RESETTING HEARING ON MOTION FOR CONTEMPT** |

WHEREAS, hearing on Plaintiffs' Motion for an Order Holding Defendant in Contempt is set to be heard on April 13, 2012 with Defendant's responses due by March 20, 2012;

WHEREAS, Defendant has just obtained new counsel in this matter;

WHEREAS, consistent with this Court's Order the parties are engaging in a meet and confer to discuss Plaintiffs' Motion; and

WHEREAS, the parties have made great progress both with respect to resolving the dispute over Plaintiff's Motion and achieving a lasting resolution for their long-standing and often bitter dispute;

IT IS HEREBY STIPULATED AND AGREED THAT the hearing on Plaintiff's Motion be reset for April 27, 2012 or such later date as the court may select and Defendant's response date be reset to two-weeks prior to the new hearing date.

SO AGREED:

/s/ Timothy Walton

Timothy Walton

Attorney for Defendant Vanessa Kachadurian

SO AGREED:

/s/ Bennet Kelley

Bennet Kelley

Internet Law Center

Attorney for Plaintiffs Hopscotch Adoptions, Inc. and Robin Sizemore

## ORDER

Good cause having been shown, it is HEREBY ORDERED that the hearing on the Motion for Contempt is reset for April 27, 2012 at 9:30 a.m. and Defendant's response, if any, shall be filed and served by April 13, 2012.

IT IS SO ORDERED.

Dated:   March 30, 2012            /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE

STIPULATED ORDER
Case No: 1:09-cv-02101-LJO-MJS
2